IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 APR 21 A 9 33
CLERK BMcCarthy
     SO. DIST. OF GA.

| | |
|---|---|
| HACK HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 307-078 |
| ) | |
| TINA SANDERS, Deputy Warden for Care ) | |
| and Treatment at Dodge State Prison; ) | |
| DEBRA MOORE, Counselor at Dodge ) | |
| State Prison; and CHRIS ELLIOTT, ) | |
| Correctional Officer at Dodge State Prison, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claim for deliberate indifference regarding Parkinson's disease is **DISMISSED**, and Defendant Sanders is **DISMISSED** from this case.

SO ORDERED this 21st day of April, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE