ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| HACK HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 307-078 |
| | ) |
| DEBORAH JONES, Counselor at Dodge State Prison, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion to dismiss is **GRANTED**, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 12th day of January, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE